UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 5:20-cr-29 |
| | ) | |
| MICHAEL A. GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The court supplements the oral ruling denying the motion to vacate order of detention with this written ruling. The court inadvertently omitted a discussion on the record of the second aspect of the bail ruling which is whether there exists a combination of conditions of release which would reasonably assure the appearance of the defendant and the safety of other persons and the community. 18 U.S.C. sec. 3142(g).

The court finds that no combination of conditions would assure the safety of his former domestic partner. Defendant's prior convictions for violation of conditions of release imposed by state court and his two convictions for providing false information to law enforcement are evidence that he has been willing to violate legal requirements in the past. He has sought to acquire firearms despite his use of drugs, an incident when a police officer took a gun away from him voluntarily and a second incident when he was denied regulatory permission to purchase a gun. He is charged with a violent assault on his former domestic partner. The combination of a desire to acquire firearms and an incident in which he is charged with violence presents a danger of further violence. Imposing a "no firearms" condition or some other limitation on defendant's conduct is insufficient to overcome the danger that he will seek to harm his domestic partner in another incident.

Dated at Burlington, in the District of Vermont, this 27th day of July, 2020.

/s/ Geoffrey W. Crawford
Chief Judge, U.S. District Court