Prob 12
(D/VT Rev. 11/16)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAR 21 PM 12: 04

CLERK

BY_____

UNITED STATES DISTRICT COURT
For The
DISTRICT OF VERMONT

U.S.A. vs. Michael Gonzalez                Docket No. 5:20CR00029-00

## Petition on Probation and Supervised Release

COMES NOW ALISHA WAITE, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael Gonzalez, who was placed on supervision by the Honorable Geoffrey W. Crawford sitting in the Court at Burlington, on the 11th day of May, 2021, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

You must participate in a mental health program approved by the United States Probation Office. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(2)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must participate in substance abuse treatment, which may include a substance abuse assessment with a licensed substance abuse provider, and abide by any programmatic treatment recommendations. This program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the costs of services rendered based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

1. **Mandatory Condition (3): You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic tests, thereafter, as determined by the Court.**

    On or about March 4, 2022, Gonzalez used a substance containing cocaine. This violation is evidenced by the defendant's admission to U.S. Probation Officer Alisha Waite on March 8, 2022.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons so that Michael Gonzalez may appear before the Court to show cause why his term of supervised release should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 21st day of March, 2021, and ordered filed and made a part of the records in the above case. | |
| | Executed on March 10, 2022 |
| _____<br>Chief Judge, U.S. District Court | Alisha Waite<br>U.S. Probation Officer<br>Place: Burlington<br><br>Date: March 10, 2022 |